IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BERNARD HAMILTON,

    Plaintiff,

    v

S. ADAMIK, et al.

    Defendants.

Case No C 06-6268 CW

REPORT OF PRO SE PRISONER EARLY SETTLEMENT PROCEEDING

A settlement conference in this matter was held on February 7, 2008. The results of that proceeding are indicated below:

(1)     The following individuals, parties, and/or representatives participated in the proceeding, each possessing the requisite settlement authority:

☒ Plaintiff

☐ Warden or warden's representative

☒ Office of the California Attorney General

☒ Other: California Department of Corrections and Rehabilitation

(2) The following individuals, parties, and/or representatives did not appear:

(3) The outcome of the proceeding was:

    ☒ The case has been completely settled.

    ☐ The case has been partially resolved and, on or before _____, counsel for defendants shall file a joint stipulation specifying those claims which have been resolved and those that remain to be resolved by the Court.

    ☐ The parties agree to an additional follow up settlement on _____.

    ☐ The parties are unable to reach an agreement at this time.

Date: February 12, 2008

_____
Nandor J Vadas
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HAMILTON                                      No. C 06-6268 CW

v.                                               CERTIFICATE OF SERVICE

ADAMIK
_____/

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on _February 13, 2008_, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail; or by placing said copy into an inter-office delivery receptacle located in the Office of the Clerk.

**Bernard Hamilton**
C-27300
San Quentin State Prison
San Quentin, CA 94964

                                           RICHARD W. WIEKING, CLERK

                                           By:/s/_____
                                           Deputy Clerk