IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BERNARD HAMILTON,                    No. C 06-06268 CW (PR)

       Plaintiff,

   v.

OFFICER ADAMIK, et al.,

       Defendants.
_____/

BERNARD HAMILTON,                    No. C 09-00648 CW (PR)

       Plaintiff,       ORDER DENYING WITHOUT PREJUDICE ALL
                                     PENDING MOTIONS IN C 09-00648;
   v.                                DIRECTING CLERK TO CLOSE C 09-00648
                                     AND FILE ALL DOCUMENTS FROM THAT
G. THOMPSON, et al.,                 CASE IN C 06-06268; GRANTING
                                     RECONSIDERATION AND REOPENING
       Defendants.      C 06-06268; REFERRING TO MAGISTRATE
_____/   JUDGE VADAS FOR FURTHER PROCEEDINGS

    In 2006, Plaintiff, a state prisoner incarcerated at (SQSP),
filed <u>Bernard v. Adamik, et al.</u>, C 06-06268 CW (PR), alleging
prison officials at SQSP had acted with deliberate indifference to
his serious medical needs and retaliated against him because of his
attempts to obtain medical care.

    On June 11, 2008, after meeting with Magistrate Judge Nandor
Vadas, the parties entered into a settlement agreement comprised of
the following terms: "(1) Plaintiff shall be provided a medical
chrono allowing him an extra pillow; (2) Plaintiff shall be allowed
to possess and use his pulse oximeter as long as it is medically
necessary; (3) Plaintiff shall be examined by SQSP doctors for
determination on the appropriate treatment of Plaintiff's current
medical condition; (4) in exchange for the foregoing, Plaintiff
shall dismiss the Complaint with prejudice; (5) Judge Vadas shall

**United States District Court**
For the Northern District of California

1   retain jurisdiction to monitor this case until the dismissal is

2   filed." C 06-06268, Docket no. 65.  On July 7, 2008, this Court

3   approved the settlement agreement and dismissed the case.  Docket

4   no. 66.  Since then, Plaintiff has moved for reconsideration of the

5   order of dismissal based on Defendants' failure to comply with the

6   terms of the settlement agreement.  Docket nos. 69-72.

7      In 2009, Plaintiff filed <u>Bernard v. Thompson, et al.</u>,

8   C 09-00648 CW (PR), raising claims of deliberate indifference to

9   his serious medical needs, violations of the Americans with

10   Disabilities Act, retaliation and breach of contract based on

11   Defendants' violation of the settlement agreement in Case No.

12   C 06-06268.  The parties have filed cross-motions for summary

13   judgment and various other motions.  Additionally, Plaintiff has

14   voluntarily withdrawn all claims other than that Defendants are in

15   breach of the settlement agreement and that Defendant N. Grannis,

16   Chief of Inmate Appeals for the California Department of

17   Corrections and Rehabilitation, denied his appeal seeking to obtain

18   the medical care outlined in the settlement agreement in

19   retaliation for Plaintiff having named her as a Defendant in Case

20   No. C 06-06268.

21      Good cause appearing, and in the interest of the expedient and

22   efficient resolution of Plaintiff's claims, the Court orders as

23   follows:

24      1.  All pending motions in Case C 09-00648 are DENIED without

25   prejudice.

26      2.  The Clerk of the Court shall administratively CLOSE Case

27   No. C 09-00648 and FILE all documents from that case in Case No. C

28   06-06268.

3.   Plaintiff's motion for reconsideration in C 06-06268 is GRANTED.   The Clerk shall REOPEN Case No. C 06-06268.

4.   That case is hereby REFERRED to Magistrate Judge Vadas for further proceedings to determine whether the settlement agreement has been breached and/or whether further Court action is required to ensure compliance with the terms of the settlement agreement.

Such proceedings shall take place within one-hundred-twenty days of the date of this Order, or as soon thereafter as is convenient to the Magistrate Judge's calendar.   Within ten days after the conclusion of the proceedings, Magistrate Judge Vadas shall file with the Court a report of the result of the proceedings and his recommendations.

The Clerk shall provide a copy of this Order to Magistrate Judge Vadas.

This Order terminates Docket nos. 74, 76, 79 and 81 in Case C 09-00648.

IT IS SO ORDERED.

Dated: 3/26/2012

CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE