**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

BERNARD HAMILTON,                              No. C 09-00648 CW

       Plaintiff,                          NOTICE AND ORDER RESETTING
                                               SETTLEMENT CONFERENCE IN
   v.                                          PRO SE PRISONER EARLY
                                               SETTLEMENT PROGRAM
G. THOMSON, et al.,

       Defendants.
_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

     You are hereby notified that a settlement conference is scheduled for 1:00 p.m. on August

18, 2010 at San Quentin State Prison.  The July 7, 2010 settlement conference is VACATED.

     Lead trial counsel shall appear at the settlement conference with the parties and persons

having full authority to negotiate and settle the case.

     Confidential settlement conference statements shall be mailed or emailed to

(NJVpo@cand.uscourts.gov) and received by chambers no later than two weeks prior to the

settlement conference.

     The parties shall notify the undersigned's Chambers immediately at (707) 445-3612 if this

case settles prior to the date set for the  settlement conference

     IT IS SO ORDERED.


Dated: June 29, 2010          _____
                              NANDOR J. VADAS
                              United States Magistrate Judge

United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Hamilton

v.

Thomson et al.

_____/

No. C 09-00648 CW

CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 29, 2010, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail; or by placing said copy into an inter-office delivery receptacle located in the Office of the Clerk.

**Bernard Hamilton**
C-27300
San Quentin State Prison
San Quentin, CA 94964

RICHARD W. WIEKING, CLERK

By:/s/_____
              Deputy Clerk

2