IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNARD HAMILTON,<br><br>　　　Plaintiff,<br><br>　　v<br><br>G. THOMSON, et al.,<br><br>　　　Defendants. | Case No C 09-0648 CW<br><br>REPORT OF PRO SE PRISONER EARLY SETTLEMENT PROCEEDING |

　　　A settlement conference in this matter was held on August 18, 2010 at San Quentin State Prison. The results of that proceeding are indicated below:

(1)　The following individuals, parties, and/or representatives participated in the proceeding, each possessing the requisite settlement authority:

　　☒　Plaintiff

　　☐　Warden or warden's representative

　　☐　Office of the California Attorney General

　　☒　Other: Lynne Stocker for Defendant and Dr. Tootell

(2) The following individuals, parties, and/or representatives did not appear:

(3) The outcome of the proceeding was:

☐ The case has been completely settled.

☐ The case has been partially resolved and, on or before _____, counsel for defendants shall file a joint stipulation specifying those claims which have been resolved and those that remain to be resolved by the Court.

☐ The parties agree to an additional follow up settlement on _____.

☒ The parties are unable to reach an agreement at this time. However, the parties agree to a follow-up status conference by phone to be held September 7, 2010 at 1:15 p.m. Counsel for Defendant shall facilitate Plaintiff's phone appearance. To place the AT&T conference call each party will need the dial in number (1-888-684-8852), the access code (8120805) and the security code (4487).

Date:  8/25/2010

Nandor J Vadas
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Hamilton | No. C 09-648 CW |
| V. | CERTIFICATE OF SERVICE |
| Thomson _____/ | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 25, 2010, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail; or by placing said copy into an inter-office delivery receptacle located in the Office of the Clerk.

**Bernard Hamilton**
C-27300
San Quentin State Prison
San Quentin, CA 94964

RICHARD W. WIEKING, CLERK

By:/s/_____
    Gloria Masterson
    Deputy Clerk

3