UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNARD HAMILTON,<br><br>    Plaintiff,<br><br>v.<br><br>OFFICER ADAMIK, *et al.*,<br><br>    Defendants.<br>_____/ | No. C-06-06268 CW (NJV)<br><br>**ORDER RE DOCKET NOS. 199 & 200** |

    Plaintiff has filed two "declarations" (Doc. Nos. 199 & 200) that have not been docketed as motions. The undersigned has reviewed them and addresses them briefly. Plaintiff filed a declaration (1) requesting judicial notice of unspecified facts or documents, (2) notifying the undersigned that Plaintiff will argue at the hearing that Defendants committed fraud, and (3) in the alternative moving to enforce the settlement agreement. Doc. No. 199. Plaintiff filed another declaration as an "addendum" to Defendants' motion "or in the alternative, for a ruling upon pleadings without holding formal hearing." Doc. No. 200. Plaintiff's two declarations incorporate the same material he already has submitted to the undersigned in other declarations, motions or responses. To the extent that Doc. No. 199 and 200 require any resolution beyond that addressed in the undersigned's Report and Recommendation (Doc. No. 204), they are denied.

Dated: September 4, 2012

                                                  Nandor J. Vadas
                                                United States Magistrate Judge